**DENIED**
**DENIED FOR REASONS STATED ON THE RECORD AT AN EVIDENTIARY HEARING HELD ON THIS MATTER ON DECEMBER 4, 2009.**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
AT BALTIMORE

IN RE:                              *        CASE NO.: 09-32625
STRAPAZZA OF COLUMBIA II, INC.,
                                    *        CHAPTER 11
    Debtor.
*   *   *   *   *   *   *   *   *   *   *   *   *

ORDER GRANTING EMERGENCY MOTION OF DEBTOR FOR AUTHORITY TO USE
CASH COLLATERAL AND GRANT ADEQUATE PROTECTION THEREFOR

Upon consideration of the Emergency Motion of Debtor For Authority to Use Cash Collateral and Grant Adequate Protection Therefor for cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland hereby

ORDERED, that Strapazza of Columbia II, Inc. be authorized to use cash collateral in the ordinary course of business to pay reasonable and ordinary expenses; and it is further

ORDERED, that the Creditors be granted a security interest of the same nature, extent and priority as the pre petition security interest the Creditors had in the Collateral and any profits, offspring and proceeds of the Collateral hereinafter acquired, to the extent of the Debtor's use of such cash collateral; and it is further

ORDERED, that the security interest granted hereby shall become duly perfected without the necessity for filing or execution of documents which might otherwise be required pursuant to applicable non-bankruptcy law for the creation or perfection of such security interest, shall survive the conversion of this case to a case under Chapter 7 of the Bankruptcy Code, and shall be binding upon any subsequently appointed trustee and upon all creditors of the Debtor and its bankruptcy estate; and it is further

ORDERED, that a final hearing on the Debtor's use of cash collateral be set on negative

notice as requested in the motion.

       IT IS SO ORDERED.

cc:
Debtor
Debtor's Attorney
All Creditors/Parties in Interest
U.S. Trustee

                             End of Order
                          **Page Two of Two**

